643

certiorari to the Supreme Court of Arkansas granted. *Mr. George B. Rose* for petitioners. *Messrs. Charles T. Coleman* and *Walter G. Riddick* for respondent.

No. 579. UNION JOINT STOCK LAND BANK OF DETROIT *v.* BYERLY. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs A. G. Masters* and *Ralph G. Martin* for petitioner. *Messrs. Elmer McClain* and *William Lemke* for respondent.

No. 597. WESTERN UNION TELEGRAPH Co. *v.* NESTER ET AL., COPARTNERS. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Francis R. Stark, Alfred Sutro, Oscar Lawler,* and *F·ancis R. Kirkham* for petitioner. *Mr. Earl C. Demoss* for respondents.

No. 593. PERKINS, SECRETARY, ET AL. *v.* LUKENS STEEL Co. ET AL. February 5, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Jackson* for petitioners. *Messrs. William Clarke Mason, Q. Max Gardner, Frederick H. Knight, Harold F. McGuire,* and *Roberts B. Thomas* for respondents.

No. 613. UNITED STATES *v.* GEORGE S. BUSH & Co. February 5, 1940. Petition for writ of certiorari to the Court of Customs and Patent Appeals granted. *Solicitor*